UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES COUGHLIN, JR. and          )
STAVROULA BOURIS,                  )
        Plaintiffs,                )
                                   )
        v.                         )      C.A. No. 10-10203-MLW
                                   )
TOWN OF ARLINGTON,                 )
NATHAN LEVENSON, TRACY BUCK,       )
and JEFFREY THIELMAN               )
        Defendants.                )

ORDER

WOLF, D.J.                                    March 15, 2012

    It is hereby ORDERED pursuant to Federal Rule of Evidence 615 that each person who may be a witness at the evidentiary hearing or trial in the above-captioned case:

    1. Shall not discuss this case, including but not limited to his prospective testimony, with any other witness;

    2. Shall be excluded from the courtroom except when testifying, unless he is a party or the designated representative of a party;

    3. Shall not after testifying tell any prospective witness what he was asked or answered.

    This Order shall not operate to prevent counsel from conferring with a witness prior to his testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                   _____
                                   UNITED STATES DISTRICT JUDGE