UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CHARLES COUGHLIN, JR. and      )
STAVROULA BOURIS,              )
        Plaintiffs,            )
                               )
        v.                     )   C.A. No. 10-10203-MLW
                               )
TOWN OF ARLINGTON,             )
NATHAN LEVENSON, TRACY BUCK,   )
and JEFFREY THIELMAN           )
        Defendants.            )
```

ORDER

WOLF, D.J.                                          April 12, 2013

As Michael J. Long, Esq., defendant Nathan Levenson, and Professor Irwin Blumer each state that Professor Blumer was not at the July 12, 2007 meeting, Professor Blumer's request to be excused from being available to testify at the April 18, 2013 hearing is hereby ALLOWED. If his testimony proves to be necessary, it will be scheduled for a later date.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE