UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES E. COUGHLIN, JR. and
STAVROULA BOURIS

   Plaintiffs

v.

TOWN OF ARLINGTON, ARLINGTON
SCHOOL COMMITTEE, NATHAN
LEVENSON (individually and in his
capacity as Superintendent of Schools),
TRACY BUCK (individually and in her
capacity as an employee of the Town of
Arlington), and JEFFREY THIELMAN
(individually and in his capacity as a member
of the Arlington School Committee),

   Defendants

CIVIL ACTION NO. 10-CV-10203 MLW

## MOTION FOR PROTECTIVE ORDER/ POSTPONEMENT OF JURY SERVICE

  The undersigned counsel for the defendant, Town of Arlington, hereby moves this Honorable Court to order her protection from jury service from June 4-June 21, 2013. In support of this motion, the movant states that she is counsel of record to the defendant, Town of Arlington, in the above-referenced matter, which is scheduled for trial from June 10-June 21, 2013. Upon receiving the jury summons attached to the Second Affidavit of Juliana deHaan Rice (submitted herewith), she filled out the jury questionnaire on-line and attempted to request a postponement of jury service. When that was not successful, the movant sent an e-mail message to the Office of the Jury Clerk requesting a postponement, which was denied. See Exhibit B, the Second Affidavit of Juliana deHaan Rice. The Office of the Jury Clerk advised the movant to

*[Handwritten annotation, dated May 6, 2013, signed /s/ Wolf, J.:]*

As the postponement of the trial date is a material change in circumstances, this motion is hereby DENIED. However, it may be renewed if there is a threat that counsel will not be able to appear on June 18, 2013 at 3 p.m. for the summary judgment hearing and Pretrial conference.